IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOEY PLUMMER                                                 PLAINTIFF

v.                      No. 4:16-cv-927-DPM

HASLEY CONTRUCTION LLC; DOES
1–9; and ROBERTO DIAZ TORRES                DEFENDANTS

HASLEY CONSTRUCTION LLC               CROSS-CLAIMANT

v.

ROBERTO DIAZ TORRES                   CROSS-DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 March 2018