# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JOEY PLUMMER**                                                          **PLAINTIFF**

**v.**                               **No. 4:16-cv-927-DPM**

**HASLEY CONTRUCTION LLC; DOES**
**1-9; and ROBERTO DIAZ TORRES**                     **DEFENDANTS**

**HASLEY CONSTRUCTION LLC**          **THIRD-PARTY PLAINTIFF**
                                                     **& CROSS-CLAIMANT**

**v.**

**ROBERTO DIAZ TORRES**               **THIRD-PARTY DEFENDANT**
                                                     **& CROSS-CLAIMANT**

## ORDER

Stipulation, № 39, noted and appreciated. An amended judgment
addressing all the claims will issue.

_____

D.P. Marshall Jr.
United States District Judge

6 April 2018