# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| JOEY PLUMMER | PLAINTIFF |
| v.  No. 4:16-cv-927-DPM | |
| HASLEY CONTRUCTION LLC; DOES 1–9; and ROBERTO DIAZ TORRES | DEFENDANTS |
| HASLEY CONSTRUCTION LLC | THIRD-PARTY PLAINTIFF & CROSS-CLAIMANT |
| v. | |
| ROBERTO DIAZ TORRES | THIRD-PARTY DEFENDANT & CROSS-CLAIMANT |

## AMENDED JUDGMENT

The amended complaint, third-party complaint, and cross-claims are dismissed with prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 April 2018